**IN THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEVEN J. GIBSON | : | BKY. NO. 18-14947ELF |

<u>**O R D E R**</u>

AND NOW, this 13th day of August, 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **8/23/18** to file the necessary Schedules, Plan, Means Test and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**