Pay Stub  Page 1 of 2

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number: 4223096
Check Date: 07/20/2018

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

Net Pay 1423.44

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | PAHHM | B5548 | 07/14/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2173.61 | 36320.17 |
| Total Deductions | | 750.17 | 12266.54 |
| Total Net | | 1423.44 | 22860.63 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 799.92 |
| Overtime 1.5x FLSA | | | | 4431.88 |
| Personal Holiday PAH/HM | | | | 553.94 |
| Regular Pay | 28.25 | 23.91 | 711.97 | 23431.91 |
| Sick Pay | | | | 2038.43 |
| Tuit Ugrad CityState-AnySchool | | | | 1193.00 |
| Vacation Pay | 41.50 | 23.91 | 1075.27 | 2823.05 |
| Worked Legal Holiday | 10.25 | 23.91 | 386.37 | 1048.04 |
| Total | 80.00 | | 2173.61 | 36320.17 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 211.73 | 3926.40 |
| MEDICARE TAX EE PAID | 29.21 | 477.06 |
| PA Unemployment EE | 1.30 | 21.79 |
| PENNSYLVANIA STATE TAX | 61.84 | 1046.68 |
| PHILADELPHIA TAX | 84.36 | 1366.16 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm     7/19/2018

Pay Stub                                                                                                    Page 2 of 2

| Description | Current | Year to Date |
|---|---|---|
| SOCIAL SECURITY TAX - Employee | 124.88 | 2039.84 |
| Total | 513.32 | 8877.93 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.81 | 11.73 |
| *DC EE A Vanguard | 40.00 | 600.00 |
| *Davis Prem Vision | 2.19 | 30.61 |
| *Delta Dental | 6.35 | 95.25 |
| *Health Care Flex - Even | | 1076.96 |
| *Health Care Flex - Odd | 88.46 | 88.46 |
| *Penn Care | 61.57 | 923.55 |
| Total | 199.38 | 2826.56 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 16.54 | 241.38 |
| Supplemental Life Insurance | 20.93 | 320.67 |
| Total | 37.47 | 562.05 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx8470 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9041 | TROUVAILLE FEDERAL CREDIT UNIO | 200.00 |
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1223.44 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                                7/19/2018

| Pay Stub | | Page 1 of 2 |
|---|---|---|

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

| | |
|---|---|
| Number | 4200663 |
| Check Date | 07/06/2018 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

Net Pay 2161.54

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | PAHHM | B5548 | 06/30/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 116.50 | 3326.56 | 34146.56 |
| Total Deductions | | 1165.02 | 11516.37 |
| Total Net | | 2161.54 | 21437.19 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 799.92 |
| Overtime 1.5x FLSA | 35.50 | 23.33 | 1326.32 | 4431.88 |
| Personal Holiday PAH/HM | 1.00 | 23.33 | 25.33 | 553.94 |
| Regular Pay | 80.00 | 23.33 | 1974.91 | 22719.94 |
| Sick Pay | | | | 2038.43 |
| Tuit Ugrad CityState-AnySchool | | | | 1193.00 |
| Vacation Pay | | | | 1747.78 |
| Worked Legal Holiday | | | | 661.67 |
| Total | 116.50 | | 3326.56 | 34146.56 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 467.95 | 3714.67 |
| MEDICARE TAX EE PAID | 46.09 | 447.85 |
| PA Unemployment EE | 2.00 | 20.49 |
| PENNSYLVANIA STATE TAX | 97.59 | 984.84 |
| PHILADELPHIA TAX | 129.10 | 1281.80 |

.../awprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                    7/19/2018

Pay Stub                                                                                      Page 2 of 2

|  | SOCIAL SECURITY TAX - Employee | 197.09 | 1914.96 |
|---|---|---|---|
|  | Total | 939.82 | 8364.61 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.78 | 10.92 |
| *DC EE A Vanguard | 40.00 | 560.00 |
| *Davis Prem Vision | 2.03 | 28.42 |
| *Delta Dental | 6.35 | 88.90 |
| *Health Care Flex - Even | 77.00 | 1076.96 |
| *Penn Care | 61.57 | 861.98 |
| Total | 187.73 | 2627.18 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 16.06 | 224.84 |
| Supplemental Life Insurance | 21.41 | 299.74 |
| Total | 37.47 | 524.58 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx8470 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9041 | TROUVAILLE FEDERAL CREDIT UNIO | 200.00 |
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1961.54 |

//lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                              7/19/2018

Pay Stub                                                                                           Page 1 of 2

**UPHS**
3400 Spruce Street                                                       Number        4178314
Philadelphia, PA 19104 United States of America                          Check Date    06/22/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

                          Pay to the order of
Steven J. Gibson                                                         Net Pay  1318.04
4307 Mantua Avenue
Philadelphia, PA 19104                                                   NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | PAHHM | B5548 | 06/16/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 81.25 | 1995.07 | 30820.00 |
| Total Deductions |  | 677.03 | 10351.35 |
| Total Net |  | 1318.04 | 19275.65 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday |  |  |  | 799.92 |
| Overtime 1.5x FLSA |  |  |  | 3105.56 |
| Personal Holiday PAH/HM | 6.50 | 23.33 | 164.65 | 528.61 |
| Regular Pay | 74.75 | 23.33 | 1830.42 | 20745.03 |
| Sick Pay |  |  |  | 2038.43 |
| Tuit Ugrad CityState-AnySchool |  |  |  | 1193.00 |
| Vacation Pay |  |  |  | 1747.78 |
| Worked Legal Holiday |  |  |  | 661.67 |
| Total | 81.25 |  | 1995.07 | 30820.00 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 175.04 | 3246.72 |
| MEDICARE TAX EE PAID | 26.79 | 401.76 |
| PA Unemployment EE | 1.20 | 18.49 |
| PENNSYLVANIA STATE TAX | 56.72 | 887.25 |
| PHILADELPHIA TAX | 77.62 | 1152.70 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                    7/19/2018

Pay Stub

Page 2 of 2

| | Current | Year to Date |
|---|---|---|
| SOCIAL SECURITY TAX - Employee | 114.54 | 1717.87 |
| Total | 451.91 | 7424.79 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.78 | 10.14 |
| *DC EE A Vanguard | 40.00 | 520.00 |
| *Davis Prem Vision | 2.03 | 26.39 |
| *Delta Dental | 6.35 | 82.55 |
| *Health Care Flex - Even | 76.92 | 999.96 |
| *Penn Care | 61.57 | 800.41 |
| Total | 187.65 | 2439.45 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Short Term Disability Post Tax | 16.06 | 208.78 |
| Supplemental Life Insurance | 21.41 | 278.33 |
| Total | 37.47 | 487.11 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx8470 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9041 | TROUVAILLE FEDERAL CREDIT UNIO | 200.00 |
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1118.04 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm       7/19/2018