UPHS
3400 Spruce Street                                                    Number        4155982
Philadelphia, PA 19104 United States of America                       Check Date    06/08/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

                              Pay to the order of
Steven J. Gibson
4307 Mantua Avenue                                                    Net Pay  1939.80
Philadelphia, PA 19104
US                                                                    NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | | | PAHHM | B5548 | 06/02/2018 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 107.00 | 2976.83 | 28824.93 |
| Total Deductions | | 1037.03 | 9674.32 |
| Total Net | | 1939.80 | 17957.61 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 799.92 |
| Overtime 1.5x FLSA | 18.50 | 23.33 | 696.13 | 3105.56 |
| Personal Holiday PAH/HM | 1.00 | 23.33 | 25.33 | 363.96 |
| Regular Pay | 80.00 | 23.33 | 1970.40 | 18914.61 |
| Sick Pay | | | | 2038.43 |
| Tuit Ugrad CityState-AnySchool | | | | 1193.00 |
| Vacation Pay | | | | 1747.78 |
| Worked Legal Holiday | 7.50 | 23.33 | 284.97 | 661.67 |
| Total | 107.00 | | 2976.83 | 28824.93 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 391.02 | 3071.68 |
| MEDICARE TAX EE PAID | 41.02 | 374.97 |
| PA Unemployment EE | 1.78 | 17.29 |
| PENNSYLVANIA STATE TAX | 86.86 | 830.53 |
| PHILADELPHIA TAX | 115.82 | 1075.08 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                        9/3/2018

| | | |
|---|---:|---:|
| SOCIAL SECURITY TAX - Employee | 175.41 | 1603.33 |
| Total | 811.91 | 6972.88 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.78 | 9.36 |
| *DC EE A Vanguard | 40.00 | 480.00 |
| *Davis Prem Vision | 2.03 | 24.36 |
| *Delta Dental | 6.35 | 76.20 |
| *Health Care Flex - Even | 76.92 | 923.04 |
| *Penn Care | 61.57 | 738.84 |
| Total | 187.65 | 2251.80 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Short Term Disability Post Tax | 16.06 | 192.72 |
| Supplemental Life Insurance | 21.41 | 256.92 |
| Total | 37.47 | 449.64 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx8470 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9041 | TROUVAILLE FEDERAL CREDIT UNIO | 200.00 |
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1739.80 |