## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Steven J. Gibson | |
| Debtor(s) | CHAPTER 13 |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| Movant | |
| vs. | |
| | NO. 18-14947 ELF |
| Steven J. Gibson | |
| Debtor(s) | |
| | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this  23rd  day of  October , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4307 Mantua Avenue, Philadelphia, PA 19104 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104

Michael A, Cibik2
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532