**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :         CHAPTER 13
**Steven J. Gibson**

　　　　DEBTOR           :         BKY. NO.  18-14947ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:  December 11, 2018           _____s/_____
　　　　　　　　　　　　　　　　MICHAEL A. CATALDO, ESQUIRE
　　　　　　　　　　　　　　　　CIBIK & CATALDO, P.C.
　　　　　　　　　　　　　　　　1500 WALNUT STREET, STE. 900
　　　　　　　　　　　　　　　　PHILADELPHIA, PA  19102
　　　　　　　　　　　　　　　　(215) 735-1060